UNITED STATES DISTRICT COURT
DISTRICT OF MAINE (PORTLAND DIVISION)

NATHAN REARDON, individually and as Next Friend of V.R., C.R., E.R., K.R., and L.R., minor children,
Plaintiffs,

v.

BANGOR PUBLISHING COMPANY, INC.,
BANGOR DAILY NEWS,
SAWYER LOFTUS, individually,
MITCHELL OSWALD, individually and officially,
UNITED STATES OF AMERICA,
DOE DEFENDANTS 1–5,
Defendants.

Case No.: (To be assigned)

COMPLAINT AND JURY DEMAND

I. INTRODUCTION

Plaintiffs Nathan Reardon and his minor children bring this action to redress violations of their constitutional rights under the First, Fourth, and Fourteenth Amendments, as well as for related tort claims under Maine law.

This case arises from a coordinated set of actions by government actors and private media entities that unlawfully deprived Plaintiffs of liberty, due process, familial association, and reputation.

Plaintiffs seek compensatory and punitive damages exceeding $7,500,000, as well as all other appropriate relief.

II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3), and supplemental jurisdiction over state law claims under 28 U.S.C. § 1367.

Venue is proper in the United States District Court for the District of Maine, Portland Division, pursuant to 28 U.S.C. § 1391(b).

III. PARTIES

Plaintiff Nathan Reardon is an adult citizen of the United States and a resident of Maine.

Plaintiffs V.R., C.R., E.R., K.R., and I.R. are the minor children of Nathan Reardon and are represented by him as their Next Friend pursuant to Fed. R. Civ. P. 17(c).

Defendant Bangor Publishing Company, Inc. is a corporation operating Bangor Daily News, located in Bangor, Maine.

Defendant Bangor Daily News is a newspaper published in Maine and distributed statewide.

Defendant Sawyer Loftus is a reporter employed by Bangor Daily News who authored and published false and defamatory articles about Nathan Reardon.

Defendant Mitchell Oswald is a U.S. Probation Officer who acted under color of federal authority and personally violated Plaintiffs' constitutional rights.

Defendant United States of America is responsible for constitutional violations committed by its agents.

Defendants DOE 1–5 are individuals whose identities are unknown but who participated in the unlawful conduct alleged.

## IV. FACTUAL BACKGROUND

Beginning in 2022, Defendant Bangor Daily News, acting through Defendant Sawyer Loftus, published false, defamatory, and misleading articles about Plaintiff Nathan Reardon.

These articles falsely accused Plaintiff of conduct amounting to criminal violations and presented him in an extremely negative and inflammatory light, without factual basis and without proper verification.

Defendant Mitchell Oswald unlawfully relied upon these false media accounts to justify aggressive probation actions against Nathan Reardon.

At Plaintiff's revocation and sentencing hearing held on October 13, 2023, Hon. Lance E. Walker admitted that public perceptions formed through media reports, including the Bangor Daily News, influenced his decision-making.

Plaintiff Nathan Reardon was sentenced to an additional nine months in custody, based on biased and inaccurate media narratives rather than proper evidence.

Plaintiff's five minor children suffered profound emotional distress and loss of familial association during this unjust

Defendants acted with malice, recklessness, and in bad faith.

## V. CLAIMS FOR RELIEF

Count I: First Amendment Retaliation

Count II: Fourth Amendment Illegal Search and Seizure

Count III: Fourteenth Amendment Due Process Violation

Count IV: Defamation

Count V: False Light

Count VI: False Imprisonment

Count VII: Civil Conspiracy

Count VIII: Intentional Infliction of Emotional Distress

Count IX: Punitive Damages

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Award compensatory damages in an amount exceeding $5,000,000;

B. Award punitive damages against the individual Defendants;

C. Award emotional distress damages for each minor child separately;

D. Award attorney's fees and costs pursuant to 42 U.S.C. § 1988;

E. Grant a trial by jury on all issues so triable;

F. Award any other relief the Court deems just and proper.

## VII. JURY DEMAND

Plaintiffs hereby demand a trial by jury on all claims so triable.

## SIGNATURE

Respectfully submitted,

Nathan Reardon

PO Box 52

Detroit, ME 04929

Pro Se Plaintiff

Date: May 07, 2025