UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NATHAN REARDON | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:25-cv-00244 |
| | ) | |
| | ) | |
| BANGOR PUBLISHING | ) | |
| COMPANY INC., et al | ) | |

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of May, 2025.