UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Case No. 1:25-cv-00244-NT

Judge Nancy Torresen

Magistrate Judge John C. Nivison

OBJECTION TO REPORT AND RECOMMENDED DECISION

Dated: July 31, 2025

NOW COMES the Plaintiff, Nathan Reardon, and hereby respectfully files this objection to the Magistrate Judge's Report and Recommended Decision (ECF No. 6) recommending dismissal of the Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). For the following reasons, Plaintiff objects and requests that the District Judge reject the recommendation and allow the case to proceed to discovery.

1. Improper Dismissal Under § 1915

The Magistrate Judge's conclusion that the complaint fails to state a claim misconstrues the pleading standard for pro se litigants. Under Erickson v. Pardus, 551 U.S. 89 (2007), a pro se complaint must be held to a less stringent standard than formal pleadings drafted by lawyers. Dismissal under § 1915 is only proper when the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. Plaintiff's complaint alleges government collaboration with a media outlet to defame him and influence judicial outcomes—a serious constitutional issue deserving of discovery.

2. Constitutional Violations Adequately Pleaded

Plaintiff asserts credible claims under the First, Fourth, and Fourteenth Amendments, including retaliation, false imprisonment, defamation under color of law, and denial of due process. Statements in the Bangor Daily News were not merely private media defamation—they were amplified and weaponized by federal actors, including Judge Lance Walker and Probation Officer Mitchell Oswald, to justify unconstitutional detention. This coordination between media and federal actors constitutes state action under 42 U.S.C. § 1983.

Plaintiff previously filed multiple judicial misconduct complaints against Magistrate Judge Nivison and requested recusal based on demonstrated bias. In violation of 28 U.S.C. § 455(a), Judge Nivison refused to step aside despite the appearance of partiality, undermining public confidence in the judiciary. The judge's refusal to recuse while ruling in favor of Bangor Daily News—an entity accused of conspiring with the government—demonstrates institutional protectionism.

### 4. Plaintiff Was Denied a Fair Trial

The complaint alleges that false media reports were strategically used to damage Plaintiff's reputation in the Bangor judicial district, preventing a fair trial and coercing a plea under duress while Plaintiff was held without bail. Plaintiff requested a venue change to Portland, which was denied. These are serious constitutional violations that warrant evidentiary hearings, not summary dismissal.

### 5. Conclusion

Because the Magistrate Judge improperly evaluated the complaint, failed to liberally construe Plaintiff's pro se claims, and ignored judicial bias, Plaintiff respectfully requests that the District Judge REJECT the Report and Recommendation and allow the case to proceed to discovery.

Respectfully submitted,

Nathan Reardon
P.O. Box 52
Detroit, ME 04929
Pro Se Plaintiff