# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket No. 1:25-cv-00244-NT |
| | ) |
| BANGOR PUBLISHING | ) |
| COMPANY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On July 24, 2025, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 6). The Plaintiff filed an objection to the Recommended Decision on August 5, 2025 (ECF No. 7). I have reviewed and considered the Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 7th day of August, 2025.