# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:25-cv-00244-NT |
| | ) |
| BANGOR PUBLISHING | ) |
| COMPANY INC, et al, | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge entered by U.S. District Judge Nancy Torresen on August 7, 2025,

    JUDGMENT of Dismissal is hereby entered.


                                                     ERIC M. STORMS
                                                     ACTING CLERK


                                       By:    <u>/s/ Stacey Graf</u>
                                                     Deputy Clerk


Dated this 7th day of August, 2025.