2025 AUG 14 P 2:30

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

NATHAN REARDON, )
Plaintiff, )
) Civil Docket No. 1:25-cv-00244-NT
v. )
)
BANGOR PUBLISHING COMPANY, INC., et al., )
Defendants. )

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Nathan Reardon, hereby appeals to the United States Court of Appeals for the First Circuit from the final Judgment of Dismissal entered in this action on August 7, 2025 (Docket No. 9), and from all adverse rulings, findings, and orders underlying that judgment, including but not limited to the Order affirming the Recommended Decision of the Magistrate Judge (Docket No. 8).

Plaintiff contends that the District Court committed reversible error in dismissing the complaint under 28 U.S.C. § 1915 at the preliminary screening stage, in failing to properly consider Plaintiff's objections and conduct a meaningful de novo review, in misapplying controlling legal standards for defamation and First Amendment claims, and in proceeding despite demonstrated judicial bias and failure to recuse, thereby violating Plaintiff's right to due process under the Fifth Amendment.

Respectfully submitted,

/s/ Nathan Reardon
Nathan Reardon
P.O. Box 52
Detroit, ME 04929
Dated: August 11, 2025