# United States Court of Appeals
## For the First Circuit

---

No. 25-1793

NATHAN REARDON, individually and as next friend of VR, CR, ER, KR and LR, minor children,

Plaintiff - Appellant,

v.

BANGOR PUBLISHING COMPANY; BANGOR DAILY NEWS; SAWYER LOFTUS; MITCHELL OSWALD, in the individual and official capacity; UNITED STATES; DOE DEFENDANTS 1-5,

Defendants - Appellees.

---

**MANDATE**

Entered: October 6, 2026

In accordance with the judgment of August 13, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James D. Concannon
Lindsay Feinberg
John G. Osborn
Nathan Reardon